FILED
CLERK, U.S. DISTRICT COURT
JUN 1 9 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SUSANNA WALKER;<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, DOE EMPLOYEE and DOES 1 TO 30, Inclusive.<br><br>Defendants. | CASE NO. 5:18-cv-01072-SVW (AFMx)<br><br>[~~PROPOSED~~] ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT |

Having considered the stipulation between Plaintiff SUSANNA WALKER and Defendant TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff SUSANNA WALKER, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Riverside, Case No. RIC 1723261 ("State Court"), entitled <u>Susanna Walker v. Target Corporation</u> (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed $75,000.00. Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28

///
///

-1-

U.S.C. §1332(a), and this matter is hereby remanded to the Superior Court of California, County of Riverside.

Dated: 6/19/18

Hon. Stephen V. Wilson
United States District Judge